To The Clerk from Carl Sprague
refering To Case No 3:17-CV-1050-DRH-RJD
you Told Me to write you incase a change
of address I got home good so I'm
at 895 E 1025 Ave Shobonier IL
62885 Thank You

10-27-17

FILED
OCT 3 0 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Carl Sprague
895 E 1025 Ave
Shobonier IL 62885

office of The Clerk
United States Distric of Illinois
750 Missouri Avenue
East St Louis Illinois 62201

